Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS AGUILAR LAZO,<br><br>Defendant. | No.  6:20-po-0001-JDP<br><br>**MOTION TO RESOLVE CITATION BY FORFEITURE OF COLLATERAL; AND ORDER THEREON** |

Pursuant to Rule 58 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order to resolve case by payment of collateral.  On June 8, 2019, Defendant was issued a single citation for Operating a Motor Vehicle Without Due Care in violation of Title 36 Code of Federal Regulations §4.22(b)(1).  Although the local bail schedule sets a forfeiture amount for that offense, the incident involved an accident with other vehicles, and the ranger issued the citation as a mandatory appearance citation. The initial appearance was continued, by agreement between the parties, to April 7. 2020.

The Government has spoken with the other individuals involved in the accident, and confirmed they have no outstanding losses and are not seeking any restitution. The parties have

1

reached a resolution in this matter wherein the Government will move the Court to accept the forfeiture amount listed in the bail schedule for this offense, $250 plus $30 processing fee, in lieu of appearance and close this matter  The Defendant will pay $280 through the Central Violations Bureau within 60 days.

.

Dated:  April 6, 2020                                        NATIONAL PARK SERVICE


    /S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that in the above-referenced matter, *United States v. Aguilar Lazo* 6:20-po-0001-JDP, Defendant will pay a $250 fine plus a $30 processing fee to the Central Violation Bureau within 60 days. This payment of $280 total will close this case.

IT IS SO ORDERED.

Dated: <u>April 6, 2020</u>   _____
UNITED STATES MAGISTRATE JUDGE